IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS C. SHEPTIN | : | CIVIL ACTION |
| v. | : | |
| CARDIONET | : | NO. 12-4129 |

## O R D E R

AND NOW, this 26th day of July, 2012, upon consideration of plaintiff's motion to proceed in forma pauperis and his pro se Complaint, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff's Complaint is DISMISSED without prejudice for the reasons discussed in the Court's Memorandum of July    , 2012. Plaintiff is given thirty (30) days to file an amended complaint. Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED by the Court.

3. Plaintiff's request for counsel, which is contained in his Complaint, is DENIED without prejudice.

4. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

_____
JAN E. DUBOIS, J.